470

■ (A) GERTRUDE PAYNE v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ. (B) ALI MONEM v. COSMOPOLITAN SHIPPING CO., INC., et al. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ. (C) In the Matter of MILLIKEN WOOLENS, INC., v. DARBY WOOLEN CO., INC. (D) In the Matter of DARBY WOOLEN CO. INC., v. EXCELSIOR MILLS, INC. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ. (E) JACOB S. HARTOG et al. v. AILEEN MEHLE. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ. (F) TRANS-CARIBBEAN AIRWAYS, INC., v. LOCKHEED AIRCRAFT SERVICE-INTERNATIONAL, INC. Concur — Breitel, J. P., McNally, Stevens, Eager and Noonan, JJ. (G) PATRICK A. FRAIOLI v. ROLAND J. KALB et al. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ FUN FAIR PARK, INC., et al. v. FRANCES URSINI et al.— Motion for clarification and/or amplification of this court's memorandum decision filed on April 26, 1960 denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of JOSEPH LESSER v. STATE PAROLE BOARD.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS HOLMES v. EDWARD DROS, as Warden of the·Workhouse of the City of New York.— Motion for leave to appeal as a poor person denied as academic. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS J. MARINACCIO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MILES CONNOR. — [In each action] Motion for assignment of new counsel denied. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MALLARD v. HENRY J. NOBLE, as Warden of New York City Correctional Institution for Men.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TOBIAS BUND.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HUGO WEINBERG.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of PENN STATION SOUTH SLUM CLEARANCE PROJECT. OPERA THEATRE COMPANY, INC.; POLMAR REALTY CORP., et al.; CITY OF NEW YORK.— [No. 68] Motion to dismiss appeal denied, with $10 costs. [No. 117] Motion to dismiss appeal denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESTER SHEPARD v. EDWARD DROS, as Warden of the Workhouse of the City of New York.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.